1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Chief, Tax Division
3  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney, Tax Division
4  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
5  Telephone:    (415) 436-6475
   Facsimile:    (415) 436-7009
6  Email: michael.pitman@usdoj.gov

7  Attorneys for the United States of America

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11 | United States of America,            | Civil No. 3:14-cv-01932-JST
12 |     Petitioner,                      | [PROPOSED] ORDER TO SHOW CAUSE WHY INTERNAL REVENUE SERVICE SUMMONS SHOULD NOT BE ENFORCED
13 |     v.                               |
14 | Sigurd Anderson,                     |
15 |     Respondent.                      |

16

17     Upon consideration of the United States' Verified Petition to Enforce Internal Revenue

18 Service Summons and the Declaration in support thereof, the Court finds that the United States

19 has established a prima facie case under *United States v. Powell*, 379 U.S. 48 (1964) for

20 enforcement of the Internal Revenue Service summons at issue.  Accordingly, IT IS HEREBY

21 ORDERED that Respondent Sigurd Anderson appear before the undersigned United States

22 ~~Magistrate~~ Judge, on the ___24th___ day of _____July_____, 2014, at ___2:00___ ~~a.m.~~/p.m., in

23 Courtroom No. _9_, _19th_ Floor, United States District Court, 450 Golden Gate Avenue, San

24 Francisco, California, and then and there show cause, if any, why Respondent should not be

compelled to appear and provide documents and testimony as required by the summons.

It is further ORDERED that:

1. A copy of this Order, together with the Verified Petition to Enforce Internal Revenue Service Summons and supporting papers, shall be served upon Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five days before the date set for the show-cause hearing;

2. Since the Verified Petition to Enforce Internal Revenue Service Summons and supporting papers make a prima facie showing that the IRS investigation is being conducted for a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Internal Revenue Service's possession, and that the administrative steps required by the Internal Revenue Code have been followed, *see United States v. Powell*, 379 U.S. 48 (1964), the burden has shifted to Respondent to oppose enforcement of the summons;

3. If Respondent has any defense to present or opposition to the Petition, such defense or opposition shall be made in writing, filed with the Clerk and served on counsel for the United States, at least 21 days prior to the date set for the show-cause hearing.  The United States may file a reply memorandum to any opposition at least 5 court days prior to the date set for the show-cause hearing.

4. At the show-cause hearing, the Court will consider all issues raised by Respondent.  Only those issues brought into controversy by the responsive pleadings and

/ / /

/ / /

/ / /

/ / /

/ / /

supported by an affidavit or declaration will be considered.  Any uncontested allegation in the Petition will be considered admitted.

ORDERED this 23rd day of May, 2014.

```
                              _____
                              THE HONORABLE JON S. TIGAR
                              UNITED STATES DISTRICT JUDGE
```