MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-6475
Facsimile:   (415) 436-7009
Email: michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Civil No. 3:14-cv-01932-JST |
|---|---|
| Petitioner, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SHOW CAUSE HEARING AND ASSOCIATED DEADLINES |
| v. | |
| Sigurd Anderson, | |
| Respondent. | |

IT IS HEREBY STIPULATED by and between Petitioner the United States of America ("United States") and Respondent Sigurd Anderson ("Respondent"), by and through undersigned counsel, that good cause exists and the parties request that the Court continue the show cause hearing set in the Court's Order dated May 23, 2014 (Doc. # 9), and associated deadlines, and state as follows in support:

Pursuant to the Court's May 23rd Order, the following schedule is currently in place:

| | |
|---|---|
| United States to serve Respondent: | 6/19/14 |
| Respondent's Opposition, if any, due: | 7/3/14 |
| United States' Reply, if any, due: | 7/17/14 |
| Show Cause Hearing | 7/24/14 at 2:00 p.m. |

The United States has served Respondent. Respondent anticipates filing an Objection, but counsel for Respondent has requested a four-week extension of all existing deadlines due to pre-existing obligations. The United States does not oppose this request. Accordingly, the parties hereby stipulate and respectfully request that the Court amend the schedule as follows (with the remaining provisions of the Court's May 23rd Order remaining unchanged):

| | |
|---|---|
| Respondent's Opposition, if any, due: | 7/31/14 |
| United States' Reply, if any, due: | 8/14/14 |
| Show Cause Hearing | 8/21/14 at 2:00 p.m. |

The parties have not previously sought any extension of time in this matter.

WHEREFORE the United States and Respondent hereby respectfully request that the Court extend the deadlines in this case by four-weeks, and grant such other and further relief as is just and proper.

Respectfully submitted this 24th day of June, 2014,

                                          MELINDA HAAG  
                                        United States Attorney

_____             s/ Michael G. Pitman  
EDWARD O. C. ORD            MICHAEL G. PITMAN  
Ord & Norman                     Assistant United States Attorney, Tax Division  
233 Sansome Street, Suite 1111  
San Francisco, CA 94104         Attorneys for United States of America  
Tel: (415) 274-3800  
Fax: (415) 274-3838

Attorney for Respondent Sigurd Anderson

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, and for good cause shown therein, it is hereby ORDERED the deadlines set forth in the Court's Order dated May 23, 2014 (Doc. # 9), are continued as follows:

    Respondent's Opposition, if any, due:        7/31/14

    United States' Reply, if any, due:            8/14/14

    Show Cause Hearing                       8/21/14 at 2:00 p.m.

The remaining provisions of the Court's May 23rd Order remain unchanged.

IT IS SO ORDERED.

Date: June 27, 2014

                                          _____  
                                          HONORABLE JON S. TIGAR  
                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~]  
ORDER TO CONTINUE SHOW  
CAUSE HEARING AND  
ASSOCIATED DEADLINES  
CIVIL NO. 3:14-cv-01932-JST

3

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing STIPULATION AND [PROPOSED] ORDER TO CONTINUE SHOW CAUSE HEARING AND ASSOCIATED DEADLINES has been made this 24th day of June, 2014, by placing copies in the United States Mail addressed to the following:

EDWARD O. C. ORD
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104

                                      s/ Michael G. Pitman
                                      MICHAEL G. PITMAN
                                      Assistant United States Attorney