EDWARD O. C. ORD
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
Tel: (415) 274-3800
Fax: (415) 274-3838
Email: ordeoc@sbcglobal.net
Attorney for Defendant Sigurd Anderson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIGURD ANDERSON )<br>)<br>Defendant. ) | Civil No. 3:14-cv-01932-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE SHOW<br>CAUSE HEARING AND<br>ASSOCIATED DEADLINES |

IT IS HEREBY STIPULATED by and between Plaintiff the United States of America ("United States") and Defendant Sigurd Anderson ("Defendant"), by and through undersigned counsel, that good cause exists and the parties request that the Court to continue the show cause hearing set forth in the Court dated June 27, 2014 (Doc. # 12), and associated deadlines, and state as follows in support:

1

Pursuant to the Court's June 27th Order, the following schedule is currently in place:

|  |  |
|---|---|
| Defendant's Opposition, if any, due: | 7/31/14 |
| United States' Reply, if any, due: | 8/14/14 |
| Show Cause Hearing: | 8/21/14 at 2:00 p.m. |

Defendant anticipates filing an Opposition, but counsel for Defendant is still out of the country on client matters due to the unplanned delays in closing on certain transactions. Counsel for Defendant requested another 8-day extension of all existing deadlines. The United States does not oppose this request. Accordingly, the parties hereby stipulate and respectfully request that the Court amend the schedule as follows (with the remaining provisions of the Court's May 23rd Order remaining unchanged):

|  |  |
|---|---|
| Defendant's Opposition, if any, due: | 8/8/14 |
| United States' Reply, if any, due: | 8/22/14 |
| Show Cause Hearing: | 8/29/14 at 2:00 p.m. |

WHEREFORE the United States and Defendant hereby respectfully request that the Court extend the deadlines in this case by eight days, and grant such other and further relief as is just and proper.

Respectfully submitted this 22th of July, 2014.

| | |
|---|---|
| _/s/ Edward O.C. Ord_____<br>EDWARD O. C. ORD<br>Ord & Norman<br>233 Sansome Street, Suite 1111<br>San Francisco, CA 94104<br>Tel: (415) 274-3800<br>Fax: (415) 274-3838<br>Attorney for Defendant Sigurd Anderson | MELINDA HAAG<br>United States Attorney<br><br>s/ Michael G. Pitman<br>MICHAEL G. PITMAN<br>Assistant United States Attorney,<br>Tax Division<br>Attorneys for United States of America |

2

1  [~~PROPOSED~~] ORDER

2  Pursuant to the Stipulation of the parties, and for good cause shown therein, it is hereby

3  ORDERED the deadlines set forth in the Court's Order dated June 27, 2014 (Doc. # 12), are

4  continued as follows:

5  Respondent's Opposition, if any, due: 08/05/2014 ~~8/8/14~~

6  United States' Reply, if any, due: 08/19/2014 ~~8/22/14~~

7  Show Cause Hearing: 08/28/2014 at 2:00 p.m. ~~8/29/14 at 2:00 p.m.~~

8  The remaining provisions of the Court's May 23rd Order remain unchanged.

10  IT IS SO ORDERED.
   Date: July 23, 2014

   _____
   HONORABLE [signature] JUDGE
   UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar