UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>SIGURD ANDERSON,<br><br>Respondent. | Case No. 14-cv-01932-JST<br><br>**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE; DIRECTING PARTIES TO FILE BRIEFS IN COMPLIANCE WITH LOCAL RULES; DENYING AS MOOT MOTION TO STRIKE [25] AND MOTION TO SHORTEN TIME [26]; TERMINATING ADMINISTRATIVE MOTION TO FILE UNDER SEAL [23]** |
|---|---|

Civil Local Rule 7-4(b) provides clearly that, "[u]nless the Court expressly orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition papers may not exceed 25 pages of text and the reply brief or memorandum may not exceed 15 pages of text."

In contravention of this rule, and without obtaining leave of court, Respondent has filed a 47-page memorandum (not counting six introductory pages) in opposition to the Order to Show Cause. ECF No. 17-1. Moreover, the memorandum is printed in 11.5-point font, in violation of Civil Local Rule 3-4(c)(2); had Respondent printed the brief in 12-point type, it would have been even longer.

Petitioner has filed a 26-page reply brief, also without leave of court. ECF No. 21.

Accordingly, and good cause appearing, the Court now orders as follows:

1.  The hearing on the Order to Show Cause and the initial case management conference, currently scheduled for August 28, 2014, are hereby VACATED.

2.  The parties are ordered to meet and confer regarding a procedure which results in a

complete, rule-compliant set of briefs being filed within 30 days of the date of this order.[1] On the date that all such briefs are filed, Petitioner may re-notice the hearing on the Order to Show Cause for an available date on the undersigned's calendar which is not less than 21 days from the date the briefs are filed (or, if the revised briefs are not filed simultaneously, from the date the last brief is filed).

3.   Respondent's motion to strike Petitioner's reply brief, ECF No. 25, and his motion to shorten the time to hear the motion to strike, ECF No. 26, are both DENIED AS MOOT.

4.   Finally, the Court TERMINATES Petitioner's Administrative Motion to File Under Seal, ECF No. 23.  The motion does not comply with the undersigned's Standing Order Regarding Administrative Motions to File Under Seal.  This termination does not operate as a denial for purposes of Civil Local Rule 79-5(f).

The parties are directed to carefully review the Local Rules and the undersigned's Standing Orders, available at http://www.cand.uscourts.gov/jstorders.

**IT IS SO ORDERED.**

Dated:  August 26, 2014

                                                                                          _____
                                                                                          JON S. TIGAR
                                                                                          United States District Judge

---

[1] In the hopefully unlikely event that the parties cannot reach agreement, the parties shall, within seven days of the date of this order, file a joint motion for administrative relief pursuant to Civil Local Rule 7-11, which describes each party's competing proposal for complying with this order. In addition to describing the proposals, each party may include not more than one page of text explaining the reasons for its proposal.  The Court will choose the single proposal that it considers to be most reasonable and accomodating of the other party's interests.