UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 14-cv-01932-JST |
| v. | **ORDER VACATING HEARING** |
| SIGURD ANDERSON, | Re: ECF No. 90 |
| Defendant. | |

     Before the Court is Defendant's Motion for a Specific Ruling. ECF No. 90. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 10, 2016, is hereby vacated.

     IT IS SO ORDERED.

Dated: March 4, 2016

_____
JON S. TIGAR
United States District Judge