UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>SIGURD ANDERSON,<br><br>Respondent. | Case No. 14-cv-01932-JST<br><br>**ORDER FOR RESPONDENT SIGUR ANDERSON TO APPEAR IN PERSON AT THE MARCH 24, 2016 HEARING**<br><br>Re: ECF No. 89 |

Respondent Sigurd Anderson is hereby ordered to appear in person at the March 24, 2016 hearing on the government's Motion for an Order Finding Respondent in Contempt. ECF No. 89.

IT IS SO ORDERED.

Dated: March 14, 2016



JON S. TIGAR
United States District Judge