JAY R. WEILL (State Bar No. 75434)
E-Mail:      jweill@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for DEFENDANT
SIGURD ANDERSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SIGURD ANDERSON,<br><br>  Respondent. | Case No. 3:14-CV-01932-JST<br><br>**STIPULATION AND REQUEST TO CONTINUE FURTHER CONTEMPT HEARING SET FOR MAY 26, 2016** |

The above matter is a summons enforcement case set for a further contempt hearing on May 26, 2016 to determine an appropriate sanction. In this Court's Order Granting Motion To Find Respondent In Contempt dated March 25, 2016, the Court ruled in part that Respondent will no longer be held in contempt if, by the date of this hearing, he fully complies with the summons.

On April 26, 2016, attorneys Edward O.C. Ord and Cheng Zhang were terminated as counsel for Mr. Anderson in the matter and the undersigned counsel were substituted in the case. On May 18, 2016, we delivered to Revenue Agent Sarah Ho copies of bank records from UBS Switzerland that were the subject of the Order Granting Motion to Find Respondent in Contempt.

The parties stipulate and request that the hearing set for May 26, 2016 be continued to June 30, 2016 to allow the Government to review the bank records to determine whether the respondent is still in contempt.

DATED: May 19, 2016

Respectfully submitted,

SIDEMAN & BANCROFT LLP

By: /s/JAY R. WEILL
Jay R. Weill
Attorneys for DEFENDANT
SIGURD ANDERSON

DATED: May 19, 2016

Respectfully submitted,

UNITED STATES OF AMERICA

By: /S/MICHAEL P. PITMAN
Michael G. Pitman
Assistant United States Attorney, Tax Division
Attorneys for United States of America

**ORDER**

Upon stipulation and joint request, this matter is continued to July 5, 2016 at 2:00 p.m.

DATED: May 20, 2016

_____
Honorable
United

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9511-1\2896622v1