BRIAN J. STRETCH (CABN 163973)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Fax:              (408) 535-5066
Email: michael.pitman@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>    Petitioner,<br><br>    v.<br><br>Sigurd Anderson,<br><br>    Respondent. | Civil No. 3:14-cv-01932-JST<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CONTEMPT HEARING |

Petitioner the United States of America ("United States"), on behalf of the Internal Revenue Service ("IRS"), and Respondent Sigurd Anderson, by and through undersigned counsel, hereby respectfully request that the further contempt hearing currently set in this matter for July 5, 2016 be continued until August 23, 2016 at 2:00 pm.  The continuance is requested in order to allow the parties to continue their ongoing efforts to resolve this matter without further assistance from the Court.

1  Respectfully submitted this 23rd day of June, 2016,

2          BRIAN J. STRETCH
        United States Attorney

3

4          s/ Michael G. Pitman
        MICHAEL G. PITMAN
        Assistant United States Attorney, Tax Division

5

6          Attorneys for United States of America

7          s/ Jay R. Weill
        JAY R. WEILL

8          SIDEMAN & BANCROFT LLP
        One Embarcadero Center, Twenty-Second Floor

9          San Francisco, California 94111-3711
        E-Mail: jweill@sideman.com

10         Telephone: (415) 392-1960
        Facsimile: (415) 392-0827

11

12         Attorneys for Respondent Sigurd Anderson

13         [PROPOSED] ORDER

14     Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED

15 that the contempt hearing currently set in this matter for July 5, 2016 is continued until August 23, 2016

16 at 2:00 pm.

17

18 DATED: June 23, 2016

19         THE HONORABLE JON S. TIGAR
        UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

STIPULATION AND [PROPOSED] ORDER
CONTINUING CONTEMPT HEARING     2
3:14-cv-01932-JST