BRIAN J. STRETCH (CABN 163973)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Fax:               (408) 535-5066
Email: michael.pitman@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Civil No. 3:14-cv-01932-JST |
|---|---|
| Petitioner, | STIPULATION AND [PROPOSED] ORDER CONTINUING CONTEMPT HEARING |
| v. | |
| Sigurd Anderson, | |
| Respondent. | |

Petitioner the United States of America ("United States"), on behalf of the Internal Revenue Service ("IRS"), and Respondent Sigurd Anderson, by and through undersigned counsel, hereby respectfully request that the further contempt hearing currently set in this matter for August 23, 2016 be continued until October 11, 2016 at 9:30 am.  The continuance is requested in order to allow the parties to continue their ongoing efforts to resolve this matter without further assistance from the Court.

Respectfully submitted this 17th day of August, 2016,

               BRIAN J. STRETCH
               United States Attorney

               s/ Michael G. Pitman
               MICHAEL G. PITMAN
               Assistant United States Attorney, Tax Division

               Attorneys for United States of America

               s/ Jay R. Weill
               JAY R. WEILL
               SIDEMAN & BANCROFT LLP
               One Embarcadero Center, Twenty-Second Floor
               San Francisco, California 94111-3711
               E-Mail: jweill@sideman.com
               Telephone: (415) 392-1960
               Facsimile: (415) 392-0827

               Attorneys for Respondent Sigurd Anderson

[PROPOSED] ORDER

  Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the contempt hearing currently set in this matter for August 23, 2016 is continued until October 11, 2016 at 9:30 am.

DATED: August 17, 2016

               _____
               THE HONORABLE
               UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*