1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Chief, Tax Division
3  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney, Tax Division
4  150 Almaden Blvd., Suite 900
   San Jose, CA 95113
5  Telephone:     (408) 535-5040
   Fax:           (408) 535-5066
6  Email: michael.pitman@usdoj.gov
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | Civil No. 3:15-cv-04345-JST |
| Petitioner, | STIPULATION AND [PROPOSED] ORDER CONTINUING SHOW CAUSE HEARING |
| v. | |
| Sigurd Anderson, | |
| Respondent. | |

Petitioner the United States of America ("United States"), on behalf of the Internal Revenue Service ("IRS"), and Respondent Sigurd Anderson, by and through undersigned counsel, hereby respectfully request that the further case management conference currently set in this matter for May 24, 2017 be continued until July 12, 2017 at 2:00 pm. The continuance is requested in order to allow the parties to continue their ongoing efforts to resolve this matter without further assistance from the Court.

Respectfully submitted this 15th day of May, 2017,

        BRIAN J. STRETCH
        United States Attorney

        <u>s/ Michael G. Pitman</u>
        MICHAEL G. PITMAN
        Assistant United States Attorney, Tax Division

        Attorneys for United States of America

        <u>s/ Jay R. Weill</u>
        JAY R. WEILL
        SIDEMAN & BANCROFT LLP
        One Embarcadero Center, Twenty-Second Floor
        San Francisco, California 94111-3711
        E-Mail: jweill@sideman.com
        Telephone: (415) 392-1960
        Facsimile: (415) 392-0827

        Attorneys for Respondent Sigurd Anderson

[PROPOSED] ORDER

Based upon the request of the parties and for good cause shown, IT IS HEREBY ORDERED that the further case management conference currently set in this matter for May 24, 2017 is continued until July 12, 2017 at 2:00 pm. An updated joint case management conference statement is due by July 3, 2017.

DATED: May 17, 2017

        _____
        THE HONORABLE JON S. TIGAR
        UNITED STATES DISTRICT JUDGE