1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Chief, Tax Division
3  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney, Tax Division
4  150 Almaden Blvd., Suite 900
   San Jose, CA 95113
5  Telephone:     (408) 535-5040
   Fax:           (408) 535-5066
6  Email: michael.pitman@usdoj.gov
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>    Petitioner,<br><br>    v.<br><br>Sigurd Anderson,<br><br>    Respondent. | Civil No. 3:14-cv-01932-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

    Petitioner the United States of America ("United States"), on behalf of the Internal Revenue Service ("IRS"), and Respondent Sigurd Anderson, by and through undersigned counsel, hereby respectfully request that the further case management conference currently set in this matter for July 12, 2017 be continued until September 20, 2017 at 2:00 pm. The continuance is requested in order to allow the parties to continue their ongoing efforts to resolve this matter without further assistance from the Court.

Respectfully submitted this 30th day of June, 2017,

                    BRIAN J. STRETCH
                    United States Attorney

                    s/ Michael G. Pitman
                    MICHAEL G. PITMAN
                    Assistant United States Attorney, Tax Division

                    Attorneys for United States of America

                    s/ Jay R. Weill
                    JAY R. WEILL
                    SIDEMAN & BANCROFT LLP
                    One Embarcadero Center, Twenty-Second Floor
                    San Francisco, California 94111-3711
                    E-Mail: jweill@sideman.com
                    Telephone: (415) 392-1960
                    Facsimile: (415) 392-0827

                    Attorneys for Respondent Sigurd Anderson

[PROPOSED] ORDER

Based upon the request of the parties and for good cause shown, IT IS HEREBY ORDERED that the further case management conference currently set in this matter for July 12, 2017 is continued until September 20, 2017 at 2:00 pm. An updated joint case management conference statement is due by September 11, 2017.

DATED: July 6, 2017 _____                          _____
                                              THE HONORABLE JON S. TIGAR
                                              UNITED STATES DISTRICT JUDGE